AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00202 |
| Ronald Alfred Bryan | ) Assigned To : Harvey, G. Michael |
| DOB: XXXXXX | ) Assign. Date : 08/11/2023 |
| | ) Description: Complaint W/ Arrest Warrant |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  January 6, 2021  in the county of _____ in the _____ in the District of  Columbia , the defendant(s) violated:

*Code Section* — *Offense Description*

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) - Disorderly Conduct in a Restricted Building or Grounds,
18 U.S.C. §§ 1752(a)(4) and 2 - Engaging in Physical Violence n a Restricted Building or Grounds,
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder,
18 U.S.C. § 641 - Theft of Government Property,
18 U.S.C. §§ 111(a)(1) and 2 - Assault on Federal Officer, and
40 U.S.C. § 5104(e)(2)(F) - Physical Violence on Capitol Grounds.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*William Peter Bozek*

*Complainant's signature*

William P. Bozek, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   08/11/2023

*Judge's signature*

City and state:   Washington, D.C.    Hon. G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*