AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00202 |
| Ronald Alfred Bryan | ) Assigned To : Harvey, G. Michael |
| | ) Assign. Date : 08/11/2023 |
| | ) Description: Complaint W/ Arrest Warrant |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Ronald Alfred Bryan__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly Conduct in a Restricted Building or Grounds;
18 U.S.C. §§ 1752(a)(4) and 2 - Engaging in Physical Violence n a Restricted Building or Grounds;
18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 641 - Theft of Government Property;
18 U.S.C. §§ 111(a)(1) and 2- Assault on Federal Officer; and
40 U.S.C. § 5104(e)(2)(F) - Physical Violence on Capitol Grounds.

Date: __08/11/2023__                      G. Michael Harvey  *Digitally signed by G. Michael Harvey Date: 2023.08.11 13:41:08 -04'00'*
                                           _____
                                           *Issuing officer's signature*

City and state: __Washington, D.C.__     Hon. G. Michael Harvey, U.S. Magistrate Judge
                                           *Printed name and title*

---

### Return

This warrant was received on *(date)* __08/11/23__, and the person was arrested on *(date)* __08/16/23__
at *(city and state)* __Alexandria, VA__

Date: __8/16/23__
                                           _____
                                           *Arresting officer's signature*

                                           SA William P. Bozek
                                           *Printed name and title*